IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KRZYSZTOF WOLINSKI,** | Case No. 2:17-cv-00583 MCE AC P |
| Plaintiff, | [PROPOSED] **ORDER FOR PAYMENT OF SANCTIONS** |
| v. | |
| **LEWIS, et al.,** | |
| Defendants. | |

To: Director of the California Department of Corrections and Rehabilitation, 1515 S Street, Sacramento, California 95814:

In accordance with the Court's August 1, 2019 order (ECF No. 40), Plaintiff Krzysztof Wolinksi (AC1995), a state prisoner proceeding *pro se* and *in forma pauperis*, has been ordered to pay sanctions in the amount of $1,000.00. The California Department of Corrections and Rehabilitation is authorized to collect from Plaintiff's inmate trust account monthly increments equal to twenty percent of the preceding month's income credited to the trust account, provided that the amount in the trust account exceeds $10, until the sanctions award is paid.

IT IS SO ORDERED.

Dated: August 13, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

AC/viw:woli0583.prop.o.sanct                 1