UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRZYSZTOF F. WOLINSKI,<br><br>    Plaintiff,<br><br>    v.<br><br>J. LEWIS, et al.,<br><br>    Defendants. | No. 2:17-cv-0583 MCE AC P<br><br>ORDER |

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On October 15, 2019, plaintiff filed a motion to compel the production of documents. ECF No. 45. Defendants filed an opposition to the motion October 18, 2019. ECF No. 47.

    Discover has not yet opened in this case. Accordingly, the motion to compel is premature. It will be denied as such.

    Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to compel, filed October 15, 2019 (ECF No. 45), is DENIED as premature.

DATED: October 18, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE