UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRZYSZTOF F. WOLINSKI, | No. 2:17-cv-0583 MCE AC P |
| Plaintiff, | |
| v. | ORDER |
| J. LEWIS, et al., | |
| Defendants. | |

  Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1)(B).

  Plaintiff has filed a motion to receive copies of the last two motions he filed as well as a copy of the docket.  ECF No. 58.  In support of this request, plaintiff refers to Local Rule 133, asserting that this rule entitles him to copies of the last-filed motions.  See id. at 1.

  Plaintiff is advised that nothing in Local Rule 133 entitles plaintiff to copies of the documents he has filed with this court.  On the contrary, Local Rule 133(a) clearly states, "After a pro se party files a paper document, the Clerk will transform the paper filing into an electronic record and ultimately discard the paper filing."  L.R. 133(a).  Furthermore, the record indicates that the Clerk of Court has already denied plaintiff's request for copies twice this month and has informed him that if he would like copies of documents from the docket or a copy of the docket

1

1 | itself, he must pay for them at a cost of $0.50 per page.  <u>See</u> ECF Nos. 56, 57.

2 |       Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for copies and a copy of

3 | the court docket in this action (ECF No. 58) is DENIED.

4 |       Plaintiff is informed that any further requests of copies for documents without payment

5 | will be also denied.

6 | DATED: March 23, 2020

*allison Claire*

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE