UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRZYSZTOF F. WOLINSKI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. LEWIS, et al.,<br><br>　　　　　Defendants. | No. 2:17-cv-0583 MCE AC P<br><br><br>ORDER |

Before this court is plaintiff's request for an extension of time up to and including until July 25, 2021, to file a second amended complaint. See ECF No. 67 at 2. This is plaintiff's second request for an extension of time. See ECF Nos. 65, 67.

In support of the motion, plaintiff states that since the reopening of the prison law library, the access to typewriters has been limited to half an hour. See ECF No. 67 at 2. He further contends that as an American With Disabilities Act inmate, he depends upon the staff for assistance with writing his amended complaint. See id.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 67) is GRANTED, and

////

2. Plaintiff shall have up to and including until July 26, 2021,[1] to file his second amended complaint.

Plaintiff is warned that absent exigent circumstances, **no** additional requests for extensions of time will be granted.

DATED: July 1, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] July 25, 2021, is a Sunday. Accordingly, the due date for plaintiff's SAC will be Monday, July 26, 2021. See Fed. R. Civ. P. 6(a)(1)(C).