UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRZYSZTOF F. WOLINSKI,<br><br>            Plaintiff,<br><br>      v.<br><br>J. LEWIS, et al.,<br><br>            Defendants. | No.  2-17-cv-0583 MCE AC P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 21, 2023, the magistrate judge issued findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections thereto were to be filed within fourteen days.  ECF No. 75.  As of the date of this Order, neither party has timely filed objections to the findings and recommendations.[1]

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

---

[1] The magistrate judge denied Plaintiff's motion for a 30-day extension of time to file an objection to the findings and recommendations.  See ECF Nos. 76–77.

1

1. The findings and recommendations issued August 21, 2023 (ECF No. 75) are ADOPTED in full.

2. The following individuals who have been named as defendants in this action are herein DISMISSED on the grounds that Plaintiff has failed to state viable claims against them: J. Lewis; J. Porras; D. Brown; J. Cheeseman; D. Celaya; B. Barrett; Constacio; and A. Lopez.

3. This action shall proceed against Defendants W. Golsh; J. Penaflorida; R. Longshore; R. Ward; R. Singh; and M. Gomez.

IT IS SO ORDERED.

Dated:  September 18, 2023

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE