UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRZYSZTOF F. WOLINSKI,<br><br>  Plaintiff,<br><br>  v.<br><br>J. LEWIS, et al.,<br><br>  Defendants. | No. 2:17-cv-0583 MCE AC P<br><br>ORDER |

Plaintiff, a pro se prisoner pursuing a civil rights action, has filed a motion for a thirty-day extension of time to file objections to the findings and recommendations related to screening of the second amended complaint ("SAC"). ECF No. 79. A previous motion to extend the objections deadline, ECF No. 76, was denied. The district judge subsequently adopted the findings and recommendations. ECF No. 78. The request for an extension of time is therefore moot.

Because the SAC has been screened and certain claims and defendants have been dismissed (see ECF Nos. 75, 78), the remaining defendants will be directed to respond.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 79), is DENIED as moot; and

////

////

1

2. Within thirty days of the date of this order, defendants shall file a response to plaintiff's second amended complaint.

DATED: September 26, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE