UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRZYSZTOF F. WOLINSKI,<br><br>   Plaintiff,<br><br>   v.<br><br>J. LEWIS, et al.,<br><br>   Defendants. | Case No.  2:17-cv-00583-MCE-AC<br><br>**ORDER** |

On September 21, 2023, an Order of this Court was filed adopting the magistrate judge's findings and recommendations filed at ECF No. 75 and dismissing this case in part. ECF No. 78. The Motions for Reconsideration (ECF Nos. 80 and 82) of the magistrate judge's decision denying Plaintiff additional time to file objections (ECF No. 77) are thus DENIED as moot.

The Court nonetheless construes the Objections and Recommendations subsequently filed at ECF No. 83 as a Motion for Reconsideration of this Court's own dispositive Order at ECF No. 78. That Motion (EF No. 83) is DENIED.

IT IS SO ORDERED.

Dated:  October 12, 2023

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE