IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KRZYSZTOF F. WOLINSKI,<br><br>Plaintiff,<br><br>v.<br><br>J. LEWIS, et al.,<br><br>Defendants. | Case No. 2:17-cv-0583-MCE-AC<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF FOR 21-DAY EXTENSION OF RESPONSIVE PLEADING DEADLINE |

Pending before the Court is Defendants Golsh, Penaflorida, Longshore, Ward, Singh, and Gomez's motion for administrative relief for a 21-day extension of time, up to and including November 16, 2023, to file a responsive pleading to the Second Amended Complaint.

Good cause shown, IT IS HEREBY ORDERED that Defendants' motion is granted. Defendants shall file a response to Plaintiff's Second Amended Complaint by November 16, 2023.

**IT IS SO ORDERED**.

Dated:  October 26, 2023

_allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1