IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **KRZYSZTOF F. WOLINSKI,**<br><br>Plaintiff,<br><br>v.<br><br>**J. LEWIS, et al.,**<br><br>Defendants. | Case No. 2:17-cv-0583-MCE-AC<br><br>**[PROPOSED]** ORDER GRANTING DEFENDANTS' MOTION TO MODIFY DISCOVERY AND SCHEDULING ORDER (ECF No. 93) TO EXTEND DISCOVERY AND DISPOSITIVE MOTION DEADLINES |

Pending before the Court is Defendants Golsh, Penaflorida, Longshore, Ward, Singh, and Gomez's motion under Federal Rules of Civil Procedure 6(b)(1)(A) and 16(b)(4) to modify the December 12, 2023 Discovery and Scheduling Order (ECF No. 93) to allow for a forty-five-day extension of the current April 15, 2024 discovery and July 15, 2024 dispositive motion deadlines.

Good cause shown, IT IS HEREBY ORDERED that Defendants' motion is granted. The deadline for the parties to conduct discovery and file any motions to compel discovery is extended to May 30, 2024. The deadline to file dispositive motions is extended up to and including August 29, 2024.

**IT IS SO ORDERED**.

Dated: April 15, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1