IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **KRZYSZTOF F. WOLINSKI,**<br><br>Plaintiff,<br><br>v.<br><br>**J. LEWIS, et al.,**<br><br>Defendants. | Case No. 2:17-cv-0583-MCE-AC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTIONS REGARDING LAW LIBRARY ACCESS (ECF Nos. 96 & 97)** |

Pending before the Court is Defendants Golsh, Penaflorida, Longshore, Ward, Singh, and Gomez's motion for administrative relief for an extension of time, up to and including May 31, 2024, to file their response to Plaintiff's motions regarding law library access (ECF Nos. 96 & 97).

Good cause shown, IT IS HEREBY ORDERED that Defendants' motion is granted. Defendants have until May 31, 2024, to file a joint response to Plaintiff's motions (ECF Nos. 96 & 97).

**IT IS SO ORDERED**.

Dated: May 7, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order Granting Defs.' Admin. Mot. Extend Deadline Resp. (Case No. 2:17-cv-0583-MCE-AC)