IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **KRZYSZTOF F. WOLINSKI,**<br><br>Plaintiff,<br><br>v.<br><br>**J. LEWIS, et al.,**<br><br>Defendants. | Case No. 2:17-cv-0583-MCE-AC<br><br>**[PROPOSED]** ORDER GRANTING DEFENDANTS' MOTION TO VACATE DEADLINE TO FILE MOTION FOR SUMMARY JUDGMENT PENDING ORDER ON MOTION FOR TERMINATING SANCTIONS |

Pending before the Court is Defendants Golsh, Penaflorida, Longshore, Ward, Singh, and Gomez's motion to vacate the current August 29, 2024 deadline to file motions for summary judgment and to stay this case pending resolution of Defendants' motion for terminating sanctions. Good cause shown, IT IS HEREBY ORDERED that Defendants' motion is granted.

The deadline to file motions for summary judgment is vacated and this case is stayed pending resolution of Defendants' pending motion for terminating sanctions. If necessary, the deadline for summary-judgment motions will be reset after the Court rules on the issue of termination sanctions.

**IT IS SO ORDERED**.

Dated: August 22, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order Granting Defs.' Mot. Vacate Deadline (Case No. 2:17-cv-0583-MCE-AC)