UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRZYSZTOF F. WOLINSKI, | No. 2:17-cv-00583 MCE AC |
| Plaintiff, | |
| v. | ORDER |
| J. LEWIS, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. On July 30, 2024, defendants filed a motion for terminating sanctions. ECF No. 106. Plaintiff has not filed a response and the time to do so has expired. The court will sua sponte grant plaintiff a 21 day extension of time to file any opposition to defendants' motion. No further extensions of time will be granted. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff is granted 21 days from the date of this order to file any opposition to defendants' motion for terminating sanctions. **No further extensions of time will be granted to plaintiff.**

2. If plaintiff files an opposition to the motion, defendants may file a reply within 14 days after the opposition has been filed on the court's docket. See Local Rule 230(l).

/////

1

3. Defendants' motion for sanctions will be taken under submission on the papers after the expiration of the briefing schedule set by this order.

DATED: September 16, 2024

*[signature]*

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE