1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   KRZYSZTOF F. WOLINSKI,                    No.  2:17-cv-00583-MCE-AC

12              Plaintiff,

13        v.                                    ORDER

14   J. LEWIS, et al.,

15              Defendants.

16

17        On August 29, 2024, plaintiff filed a request for reconsideration of the magistrate judge's

18   order denying his motion for an extension of time to serve his responses to defendants' discovery

19   requests.  Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless

20   "clearly erroneous or contrary to law."  Upon review of the entire file, the court finds that it does

21   not appear that the magistrate judge's ruling is clearly erroneous or contrary to law.

22        Therefore, IT IS HEREBY ORDERED plaintiff's motion for reconsideration (ECF No.

23   110 ) is DENIED.

24        IT IS SO ORDERED.

25   DATED:  September 30, 2024

26   _____
     MORRISON C. ENGLAND, JR.
     SENIOR UNITED STATES DISTRICT JUDGE

27

28